No. 357. GONZALEZ *v*. BALDRICH ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided February 2, 1909. Appeal dismissed for the reasons stated in the decisions of this court in the cases of *The Ameri-*

can Railroad Co. of Porto Rico et al. v. La Compañía Línea
Ferrea del Oeste et al., 2 P. R. Rep., 436; Guasp v. Estate of
Bosch, 2 P. R. Rep., 640. Mr. Wenceslao Bosch for petitioner.
Mr. López Landrón for respondent.